21-6105 Garrett Development v. Deer Creek Water Mr. Lester when you're ready thank your honor may it may it please the court I'm Andy Lester I'm accompanied by co-counsel Kerry Vaughn we're here on behalf of Deer Creek Water Corporation Congress in adopting section 1926 B in 1961 chose to protect rural water associations by blocking public water providers such as Oklahoma City from quote according from this court encroaching upon services provided by federally indebted water associations the judgment below however turned the statute on its on its head and its purpose on its head converting the protection of section 1926 B and what it offers a rural water association and the government who has made the loans to the rural water association into a weapon designed to undermine it as a result the issues that we have raised in in our brief on this appeal and we raised in the district court primarily revolve around standing and ripeness we believe that Garrett a landowner a developer not it's not a city not a rural water association had no standing to bring this this claim in the first place is it your argument counsel that you're the only one it's your clients the only one that can bring an action of this statute the statute seems to indicate that I'm not I am I'm certainly not going to your honor I'm not going to try to argue and certainly don't need to hear that for example a city which seems to be within that zone of interest that's the signal or a a public water provider I should say wouldn't have the right to bring the cause of action I'm not sure looking zone of interest is the right approach here this is declared for a judgment action if a plaintiff has standing to bring a suit against the defendant then the defendant has standing to bring a suit against the plaintiff in anticipation of when there's an actual you don't have to wait till the other side so I'm not sure well I would think I would think the city clearly have brought this action and I'm not arguing otherwise your honor so why isn't it since we're not talking about article three standing here are we we're talking about we're talking about standing based upon the statute that created the cause of action in the first place now the Supreme Court has made clear that this distinction that for many years seemed to seem to apply between standing based on the statute and standing based on article three were significantly different but the Supreme Court and much more recently has said they're really not we're still talking about the I don't know that it can be waived but in this case it certainly wasn't waived I mean we raised the issue immediately on a motion to dismiss I don't and under the under the Declaratory Judgment Act I mean even there it says in a case of actual controversy within it's the court's jurisdiction and then it goes on to say all the lengthy stuff that's in 22 old section 2201 a that's not what we have here the city isn't involved in this case now the city should have been involved in the case in the sense that that's who a proper plaintiff perhaps could have been article three saying has three elements which element is missing here there's no actual case or controversy there's no right of action here in the first place you're saying there isn't a statute that grants that he can seek relief under yes that's not that's not an issue for standing we don't determine whether the merits of the case are satisfied and determine their standing what what Jared is saying is you're doing something that's going to hurt me and I can get relief if I win I won't be hurt that's essentially all you need for article 3 standing but there is maybe the prudential standing issues and I think that's what you're addressing but that's not jurisdiction well the Supreme Court more recently has said otherwise about about prudential standing and saying this distinction between the two really does not exist and that's what the Bank of America Corporation versus City of Miami case was all about I think it was saying the opposite I think it was saying I'm not sure exactly what language you're referring to but my understanding is that they're saying prudential standing is not a jurisdictional issue your honor honestly whether it's jurisdictional or not ultimately does not matter here there then we look at other considerations and here Garrett has a threat to its interests the city is unwilling to bring the case so we let Garrett bring it that's what we do as courts we like to let people seek justice what's wrong with that what's wrong with the Garrett doing I'm not getting to the merits of the merits but on your procedural issue it seems to me this looks like a pretty proper lawsuit to bring the statute that created the right to the lawsuit talks about protecting a rural water association the entire point of the statute is to keep a rural water association from having to compete with some other water provider that creates a cause of action that deals specifically with protecting rural water associations that would allow a suit by Deer Creek against the city the law I think is pretty clear that if you have the right to that action then the defendant in that action has a right to bring the going the other direction and had Oklahoma City may brought this case we might have a different situation but Oklahoma City did and that's where we get into prudential issues because the problem here is Oklahoma City isn't willing to spend the money to have this litigation the real person really cares is Garrett and why can't we let Garrett essentially represent the interest of Oklahoma City in this case well it would be going against what kind of the entire statutory scheme that Congress set up that's one reason if you do that and and no no Court of Appeals has allowed that there is one Western District of Oklahoma case preceding this that allowed it but no Court of Appeals has allowed it if you allow it you are opening up your this is going to become a essentially an appeal board for rates because you'll be allowing every landowner within any rural water district to bring these types of actions I don't think that's what the point of this statute was I don't think that's what Congress created here under the statutory scheme I think you've identified a problem but not the right remedy what I don't understand is why we're considering rates under the Association number one now they're rural water district number one versus City of Wilson Kansas where we essentially made this into a rate issue does any other circuit do that not not that I am aware of no there are other circuits that talk about the delivery of services but the way the way this is set up in that City of Wilson Ellsworth case no I'm not aware of any other circuit that comes close to this I think that's your problem is that we didn't follow Judge Briscoe's dissent in that case well perhaps and I don't know that candidly of course I can't ask you to overrule a prior decision but true I also don't know that you would have to I don't know that that's actually the holding of the case the holding of the case and of all those cases has been about delivery of services and then it creates this followed the holding of that case maybe didn't apply it exactly correctly but he was sticking to the to the approach of that case and looking at the various factors to determine whether the rates were too high and finding that they were excessive arbitrary that therefore service wasn't provided I've got a problem with what Judge DeGiusti did assuming that is the holding of this court it has been the holding of this court the problem with what he did was he applied those four Kansas factors without actually looking at what the standard was he didn't cite either of the pit seven cases and the standard isn't what the four Kansas factors is the standard is this unreasonable excessive and confiscatory or it's prohibitive or it's and and he didn't didn't even look at that he should have looked at the at that so I don't think even under the precedent from the city of Wilson case that that that that he followed the law he simply looked at those four factors I questioned those four factors for example under fair profit he came up with well there's going to be a 0.29 PSI increase in system-wide pressure and because there are four wells because you can't drill a half well there's going to be some excess water that's more than a fair profit and what if you want to get to the applying city Wilson standards it seems to me there's a pretty good basis for the district courts decision because what what Deer Creek did is you spend all the money you take all the risk we get all the profit that seems excessive how do you defend that well he didn't compare he didn't compare the cost to anything he didn't compare the cost of what it cost Deer Creek to provide the water service to improve this property and that's pretty important because basically what this what the court did below was put all of the cost they'll say you know the current 2,500 members of Deer Creek have to go improve plaintiffs property that's not the law that's not the law anywhere including in this circuit he didn't look to see that those costs are roughly proportionate to what the costs are for Deer Creek to provide water service to this to this what's currently been farmland and it's never had water service you know like that a structure and yeah there is infrastructure that's going to be needed the court found we can provide that infrastructure in a timely manner and simply wanted to look at the cost and decide that the cost of doing so was too much council I want to go back to the point that under the statute giving you the authority to create and sell water to any applicant in which in this case Garrett filed an application and you accepted that application correct but then as Judge Hart points out you put on Garrett the entire the entire cost of construction drilling wells all of which was going to be conveyed to you now under this type of statute did anybody ever think about your company going to the federal government and borrowing that money which this is a statute that allows you to do that and you absorbing that cost and then establishing the price for what Garrett people were going to have to pay for the water and your honor we could we certainly you could do that no and the reasons quite simple this is an improvement essentially of one piece of property and one piece of property only the 2,500 current members don't need any of these improvements don't need any of them only this piece of property needs it and it seems to me it's a reasonable choice for the business to say if you get if you get past the standing issue what's your best argument in regard because we have the Tenth Circuit case it spells out where it talks about make available and the district court in this case said that because of the pricing and the way that it was done you did not make it available under the declaratory judgment now where is the error in that finding if you get away from standing the trial court gave no benefit of the doubt as it's supposed to do under clear Tenth Circuit law to Deer Creek it gave none it didn't follow the analysis called for an L and Wilson hit the pit seven cases or the Eudora case so you're arguing that judge Henry and our other earlier decision was completely wrong in the way that the Tenth Circuit followed that is that right I would never say that judge Henry I'm not as wrong about anything well I agree with that but that has to be your position is that that I don't think we have to say that at all you know yes if we get past if we get past the standing and the and all of that at that point what I'm arguing is this was a misapplication of the standards that the court that the court has set forth there gave no benefit of the doubt as I was mentioning and it's basically taking the costs that are needed to improve Garrett's property and put them on the 2,500 current members instead of on the person who's benefiting from the improvement to the property that was a mistake under those that series of cases thank you thank you Mr. Butcher. May it please the court good morning my name is Scott Butcher I'm here on behalf of Appali Garrett Development LLC this court should affirm the judgment rendered by the district court because the district court applied the standard and the factors that were expressly adopted and reiterated by this court in Ellsworth and Eudora and the appellants don't even allege there was any error in the admission or exclusion of any evidence let me before you get to the merits I like apparently my colleague I have a problem with whether you fall within the zone of interest of this statute I think if you allow customers to come in and bring these actions you are in fact turning the federal courts into rate determiners and I think Congress has been pretty clear that that's not our role and that's not what this statute is about can you point me anywhere in the legislative history or in language of statute itself that suggests that you have a private right of action under this statute well the we brought the claim as a declaratory judgment claim because they were asserting rights under the statute of course the landowner is not going to well but the declaratory judgment action is not a cause of action standing alone I mean the declaratory judgment action says you've got to have an underlying claim and in fact you don't even get federal jurisdiction by the declaratory judgment action alone right so you've got to have an underlying basis for your claim that is vile and here I I think there's I don't think you fall within the zone of interest of this statute and I think no other circuit has has held that way and I think we would be doing exactly what Congress didn't want us to do which would be allowing to have an argument about comparative rates when the whole idea is to protect the borrowers on these federal loans what's not just borrowers on federal loans it's borrowers who make service available so you inherently within the language of the statute there has to be a determination that this is an entity that does make service available this circuits holding and elsewhere and in Eudora said part of determining whether or not service is being made available is whether it's actually being made available are you those prior actions was it a customer coming in and saying I don't like the rate I can offer right that's true in most instances the customers in a position where it has to service providers coming to the customer and the customer simply doesn't have enough at stake to merit getting involved in a federal lawsuit but that's not the case here here Garrett was in a position I'm asking you point me to the language in this federal statute that says that you as a customer of this water district have a private right of action to sue well we're not a customer of the water district and that's the problem is what Garrett wants to be able to you know you don't want to be a customer of the water based Garrett wants to be able to at least pursue being a customer of any water service provider that's willing to serve it with water it is Deer Creek's assertion that it is the only one who's allowed to serve it with water that has inhibited my clients ability to develop its property and why my clients property has sat vacant for the last six years and why the properties all around it are sitting vacant today because every one of them is having their development impeded by the terms that Deer Creek is trying to impose upon them and insisting that anybody who tries to serve the developments otherwise is going to be threatened with a suit of under this federal statute now in my clients case the city was aware that Deer Creek climbed the or claimed that property as part of its service area and thus was unwilling to do Deer Creek which Deer Creek was unwilling to give us my client have no other recourse other than to come to the court and say look they're claiming that you've granted a monopoly under this federal statute over our property I want a declaration as to what what rights they have in our property under that statute or not. Why couldn't Oklahoma City have brought the action? Oklahoma City I'm sorry just I was asking but why couldn't Oklahoma City have brought the action? Mr. Lester seems to think that that might actually be a legitimate suit. Why couldn't that have happened? Well it could have happened as a legal matter I think as a legal matter it could have happened as a practical matter providing water service to a particular quarter section is not a sufficient inducement to entangle the city of Oklahoma City in a federal lawsuit and so as a practical matter it won't happen unless the city stumbles into it inadvertently. Let's assume that the only competitor that would come within the zone of interest and I'm not sure that's the right test here would have been a competing supplier of water in that have the right to bring the action. So try to answer it this way. The consumer has its own interest in the property that it owns and it's the one that's going to have to spend the money to build all of the infrastructure that Deer Creek is saying it's required to build. The city's not going to have to spend any money at all. My client's going to have to spend all of that money and this case and the other case that we will have pending before the court. These are great examples of how the city is not an adequate protector of the landowner's interests in its property. Here the city was you know unwilling to do anything at all. But the interest the interest protected by the statute is not Garrett's interest it's Oklahoma City's and Deer Creek's water what what gives why can Garrett sue to protect the interest of Oklahoma City that may be protected by the statute. Well the statute doesn't. It's it's like third-party standing in a way. What why is it that Garrett can sue essentially on behalf of Oklahoma City and say which is what you're wanting you want you would have liked Oklahoma City to go into court and seek a declaratory judgment against Deer Creek saying we have a right to serve this area because you're not doing and Oklahoma City just isn't interested in spending the money to do that. But that's the right that's at stake. The right of Oklahoma City. Why does Garrett have the right to pursue Oklahoma City's interest under the statute? Well I'm going to try to answer this but it's. I didn't ask it very well. Garrett's not pursuing Oklahoma City's interest. It's pursuing its own interest but the statute the purpose of it is to ensure that water service is available. I this court's case in Pit 7 though it's not a Pittsburgh County number 7 versus McAllister though it's not a holding of that case but we quoted this in our brief but the the court is imposing this cost because the entire purpose of the statute is to ensure that water service is expand the availability of water service and in this instance it's being applied in such a way where the protection that Deer Creek is asserting by trying to put these terms on all of the landowners is actually making water service unavailable as a practical matter. The adoption of the statute makes it clear that the purpose of the provision is to protect the territory served by such an association against competitive facilities which might otherwise be developed with the expansion of municipal and other public bodies into an area served by the rural system and if you look at this legislative history you look at the statute itself you look at all the other cases from other jurisdictions it's about protecting the federal borrower these districts. It's not about protecting the development. Well that that's presuming it's protecting an area that's being served. The determination here was that they're not making any service available so there's no service to protect and it otherwise is leaving the landowners in a position where they're they're left with no water at all. What you're saying is the landowner has an interest. Yes. What we're saying is that's not an interest protected by the statute. What might be challenging, that might be protected. Why do you have the right to pursue an interest of the City of Oklahoma City? Well under the court's holding or the the statements in Pit 7 that we're looking to avoid the scenario where the legal recourse for the customer which is Gary which is the landowner the court was adopting the standard that is a or it was referencing the standard adopted in Ellsworth and Eudora and we've filed the suit seeking to apply this court's precedent in those cases because we're the landowner we are the customer we have a legal recourse and we're the ones being affected by this claim. Couldn't you have an action in state court challenging the rates? I mean that you know I mean I know I'm referring to Judge Briscoe's dissent but isn't that right? You're not without a remedy. You can go and challenge. There's no mechanism I'm aware of to file a lawsuit against a in this instance a nonprofit corporation of which we're not a member and sue them over rates that haven't that don't apply to us. These are terms of service that are being demanded in order to get service established. In Oklahoma they're under no obligation to serve us and what then so they haven't done anything to try to serve us. They've all they've done is try to prevent us from getting service from anyone else and then when you try to turn to them to try and get service they say well we'll only serve you if you do literally everything. Well that's that's their argument is they have the right to do that under this statute. It appears to me that the question is does any of our Tenth Circuit cases, Ellsworth any of them, attack the question of your standing to bring this action. I think opposing counsel is saying hey we're not trying to argue that we have the right or that we have the right to overrule another case unless it's in bank. So Ellsworth any of those raise the issue of standing? It is the case in Pitt 7 the court says this is adopted specifically to avoid there being no legal recourse for the customer. It's not a holding but there's been no occasion for a court to make a holding because there's been no instance where someone has suggested that the person whose property is subject to the claim and who's going to have to spend the money doesn't have standing or your best argument of why you have standing or why Garrett has standing in this case? There are three elements of standing and they have not now having breached this six times twice on motion to dismiss twice on motion for assembly judgment and twice here now have never identified an element of standing that my client doesn't satisfy. They have an actual injury and a standing under the statute whether whether your client is a person that has a right to bring a claim that's what they're saying. That's not article 3. I don't think there's a serious question about whether there's article 3 standing here. So the fact that they haven't established that you lack article 3 standing still leaves the issue of whether you have a cause of Well the best case to put my client underneath the statute is that the purpose of it is to facilitate the provision of water service and doing it in this way where I'm left at the mercy of the city and to bring this action on their own has left us without water and left all the surrounding properties without water. Are you familiar with the case law and other circuits under this claim here that service isn't being provided because it's they're charging too much? That's exactly what was done in the Lackley case they brought up in their briefing there where there was a summary judgment case there. That's what circuit? It's the Western District of Missouri. I'm blanking on which circuit that is. Well I'm talking about court of appeals decisions. On Bell Arthur the case that proceeds, I'm blanking on which circuit that one is, in that case as well the determination was ultimately that the water district was not making service available to a development because they hadn't made any actual effort in order to make service available to that development and that development was able to buy water service from a neighboring water service provider. I have a question on the merits. It seems to me that when you look at the analysis of the district court nowhere did it consider the obligation of the Deer system in perpetuality, perpetuity. It didn't look at the ongoing, it just looked at the initial cost of putting the system in and it didn't when it was looking at the balance of the costs and charges. It never looked at the obligation to continue to provide and to maintain the system throughout its life. Would you agree that's true? No, the evidence was presented on that in the trial court below and while that's considered in light of all of the other evidence and though Judge DeGiusti did not specifically mention it in the proposed finding and conclusion. That was my point, he didn't mention it and he didn't expressly include it in his analysis. And there are many things that were presented in that trial that he did not specifically reference but I don't think it's fair to say that he didn't consider it simply because he didn't spell it out in a particular finding or conclusion. In fact, in most instances where the service is inadvertently given before they realize the area is claimed, the question of whether or not the service has been made available gets tried to the fact finder, which is a jury, because there's a damage claim and all you get is a single resolution of are the terms excessive, unreasonable, confiscatory in order to have made service available. And you just get a yes or no, up or down on that. It's only because we've been forced to bring a declaratory judgment action that you would get proposed findings and conclusions on this. Unless there are other questions. Thank you. Your time is up. Thank you, counsel. Case is submitted.